# EXHIBIT C

| | |
|---|---|
| Document title: | Football Turf \| artificial grass manufacturers - Bellinturf |
| Capture URL: | https://www.bellinturf.com/footballturf.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:26:44 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:27:54 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | 83VDWYBcUTuXCo7JBHRUvr |
| User: | Yvette.Saldana |

PDF REFERENCE #:   gRanMg3HQngB7qzkwZ3fUX



# Football Turf

As FIFA licensee, Bellinturf provides turf solutions including professional turf systems, consulting services and field designs for different levels of football applications.

Current position: Home > Products > Football Turf

## Proven by FIFA Quality Programme

Bellinturf football field systems, made with new generation yarn technology, upgraded coating and backing materials, provides a high quality surface with excellent playing characteristics and extensive durability.

Bellinturf is committed to quality football turf and to fulfil a set of stringent requirements and operate a licensing scheme by the FIFA Quality Programme for Football Turf.
















# Excellent Sports Performance

Bellinturf football turf systems are specially designed to combine playability, durability and the demands of football activities which enable athletes to achieve perfect performance. Bellinturf independently set up strict control tests for quality, durability and performance to guarantee the surface systems properties meet the industry standards. Our flexibility to accommodate customized demand sets us apart from competitors.

### Durability

Bellinturf sport series keep outstanding wear resistance which ensure minimum of thirty thousand cycles, with the high abrasion resistance product that can achieve around three hundred thousand cycles with the Lisport test.

### UV Stability

Bellinturf also provides powerful UV defence, and have excellent experience to keep over 4-5 Grey scale after artificial weathering.

### Tuft Withdrawal Force

According to FIFA standard, tuft withdrawal force requires ≥40N at 70°C and also after 336 hours immersion in water, Bellinturf meets and sets much higher tuft lock standards for sport turf systems.

## Over One Hundred Football Turf Systems to Choose from

Creating artificial turf that lives up to the challenge, Bellinturf always designs products in the perspective of customers requirements. A wide range of colors and grass styles are available to meet specific demand from customers all over the world.

### Yarn Shape

### Colour

### Back Glue

## Chosen By The World

As a comprehensive solution supplier for all sports surfaces, Bellinturf is specialized in developing and manufacturing the professional artificial turf systems for various sports applications. Bellinturf is quite rightly regarded as a preferred artificial turf manufacturer and supplier with products exported to 100 countries and regions around the world. FIFA certified pitches with Bellinturf football turf systems have been installed throughout Europe, Asia, America and Africa.





## Recommended Football Turf System



### Bellin-Hero 4516C GRE

- **Pile height:** 45
- **Dtex:** 18000
- **References:** FIFA Quality, FIFA Quality PRO, EN 15330
- **Characteristics:**
  - 100% recyclable system
  - Wear Resistance could be up to Lisport XL60000 Cycles requirements
  - Extraordinary upright persistence & resilience
  - The field is soft, safe and durable because of the application for new generation polymers



### Bellin-Dream Pro 60140-4

- **Pile height:** 50
- **Dtex:** 17000
- **References:** FIFA Quality, FIFA Quality PRO, EN15330, NFP90-112
- **Characteristics:**
  - The surface remains excellent sports performance after intensive use.
  - High withdrawal force than ordinary product
  - Better resilience: artificial synthetic turf fibers return to the upright position after play.
  - High comfort and safe.



### Bellin-Strength 55150US

- **Pile height:** 55
- **Dtex:** 14000
- **References:** FIFA Quality, FIFA Quality PRO, EN 15330-1, NFP 90-11
- **Characteristics:**
  - New generation polymer
  - Mixmulti-fiber
  - AFTER 30000 LISPORT XL cycles the product meets the requirements of FIFA Quality level for Ball Roll, Vertical Deformation, Energy Restitution, Rotational Resistance & Skin Friction.
  - High withdrawal force is 90% higher than ordinary product



### Bellin-Pioneer

- **Pile height:** 50
- **Dtex:** 16000
- **References:** FIFA Quality, FIFA Quality PRO, EN15330
- **Characteristics:**
  - Excellent wear resistance with diamond shape blade.
  - Exceptional durability with a plump surface.
  - Excellent high withdrawal Force which achieves extreme satisfaction of athletes.
  - Stable performance using ExxonMobil's metallocene C6 PE material combined with the unique H-Ex Extruding Tech.

Document title: Football Turf | artificial grass manufacturers - Bellinturf
Capture URL: https://www.bellinturf.com/footballturf.html
Capture timestamp (UTC): Mon, 26 Jun 2023 04:27:54 GMT
Page 3 of 5

info@bellinturf.com | English | Espanol | Việt Nam | 日本語 | русский | Francais | بالعربية

BELLINTURF Professional Artificial Turf Manufacturer

Home | Company | Products | R&D | Service | References | Collaboration | News | Contact | Get Free Quote

Resistance &Skin Friction.
● High withdrawal force is 90% higher than ordinary product
● 10-12 years warranty

● Stable performance using ExxonMobil's metallocene C6 PE material combined with the unique H-Ex Extruding Tech .
● After Lisport XL test , the Bellin-Pioneer could still meet the standard of FIFA Quality and FIFA Quality Pro.



### Bellin-Evolution 60120P
**Pile height:** 60
**Dtex:** 13000
**References:** FIFA Quality, FIFA Quality PRO, WR, GAA, EN15330, AFL, CA
**Characteristi:** ● Long-term performance
● Exceptional split resistance
● High resilience
● Sliding friendly
● Natural look
● Great to play on



### BELLIN-Diamond 60126
**Pile height:** 60
**Dtex:** 14000
**References:** FIFA Quality, FIFA Quality PRO
**Characteristi:** ● Good rebound resilience, abrasion resistance,minimized distortion, and excellent sports performance.
● Exceptional split resistance.
● High UV-stability & Strong color fastness.
● Safe (Player protection), children care and environ- mental-friendly.



### Bellin-Stem 50120SBR
**Pile height:** 50
**Dtex:** 14000
**References:** FIFA Quality, FIFA Quality PRO, EN15330
**Characteristi:** ● The surface remains excellent sports performance after intensive use
●Better resilience: synthetic turf fibers return to the upright position quickly after being flattened
● Natural looking with perfect hand feeling
● Great to play on
● High comfort and safety.



### BELLIN-DUAL 50123U
**Pile height:** 50
**Dtex:** 13670
**References:** FIFA Quality, FIFA Quality PRO
**Characteristi:** ● High tech mixmulti fiber technology
● Excellent upright performance
● Outstanding playing performance
● High resilience
●Exceptional wear resistance

FIFA-licensed manufacturer & solution provider    Get Free Quote

Contact    Online Message





### Bellin-Evolution 60120P
- Pile height: 60
- Dtex: 13000
- References: FIFA Quality, FIFA Quality PRO, WR, GAA, EN15330, AFL, CA
- Characteristics:
  - Long-term performance
  - Exceptional split resistance
  - High resilience
  - Sliding friendly
  - Natural look
  - Great to play on

### BELLIN-Diamond 60126
- Pile height: 60
- Dtex: 14000
- References: FIFA Quality, FIFA Quality PRO
- Characteristics:
  - Good rebound resilience, abrasion resistance, minimized distortion, and excellent sports performance.
  - Exceptional split resistance.
  - High UV-stability & Strong color fastness.
  - Safe (Player protection), children care and environmental-friendly.

### Bellin-Stem 50120SBR
- Pile height: 50
- Dtex: 14000
- References: FIFA Quality, FIFA Quality PRO, EN15330
- Characteristics:
  - The surface remains excellent sports performance after intensive use
  - Better resilience: synthetic turf fibers return to the upright position quickly after being flattened
  - Natural looking with perfect hand feeling
  - Great to play on
  - High comfort and safety.

### BELLIN-DUAL 50123U
- Pile height: 50
- Dtex: 13670
- References: FIFA Quality, FIFA Quality PRO
- Characteristics:
  - High tech mixmulti fiber technology
  - Excellent upright performance
  - Outstanding playing performance
  - High resilience
  - Exceptional wear resistance

**FIFA-licensed manufacturer & solution provider**   Get Free Quote