# EXHIBIT D

PageVault

| | |
|---|---|
| Document title: | Commercial Turf \| turf industry - Bellinturf |
| Capture URL: | https://www.bellinturf.com/commercial_turf.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:28:12 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:28:49 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | xuQVuwMci5eT3ZEXDDuH1Z |
| User: | Yvette.Saldana |

PDF REFERENCE #:    uXgkswyTyExGXryE4pPCf3



info@bellinturf.com

English | Espanol | Việt Nam | 日本語 | русский | Francais | بالعربية

Home | Company | Products | R&D | Service | References | Collaboration | News | Contact | Get Free Quote



# Commercial Turf

Bellinturf commercial turf series of products are recommended for diversified and customized commercial grass applications with superior performance, eco-friendly and cost-effective features.

Current position: Home > Products > Landscape Turf > Commercial Turf

## Create green, eco- friendly beautiful scene in city!

## Better Choice for Public Areas

Due to the complex environment, the artificial turf in public areas needs to cost-effective but at the same time have a longer service life.

Bellinturf commercial turf can meet these requirements with high quality, simple installation & maintenance and stable anti-UV chratcteristics.




## Characteristics



UV stability | Eco-friendly | Cost-effective | Low maintenance | Superior performance



## Applications

Playgrounds, play areas, family gatherings, public entertainment venues and other high-activity applications.

## Recommended Commercial Turf



Crown

Legend

Case 1:23-cv-02955-JPB   Document 1-4   Filed 07/03/23   Page 5 of 5



Crown

Legend

Crown VIII

Winner



Document title: Commercial Turf | turf industry - Bellinturf
Capture URL: https://www.bellinturf.com/commercial_turf.html
Capture timestamp (UTC): Mon, 26 Jun 2023 04:28:49 GMT
Page 3 of 3