# EXHIBIT E

![PageVault]

| | |
|---|---|
| Document title: | DIY Turf \| grass works,artificial grass decoration - Bellinturf |
| Capture URL: | https://www.bellinturf.com/diyturf.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:29:22 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:29:55 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | ikKwXHoSQ15t7Wgs6etpcR |
| User: | Yvette.Saldana |

PDF REFERENCE #:    rRBk6Untqi8aYoLzXpoV8J



# DIY Turf

As artificial turf becomes more popular, DIY turf is more in demand to meet the requirements of the end consumers.

Current position : Home > Products > DIY Turf

## Strong and Trusted Supplier!

    

Safety and health | Cost-effective | Simple maintenance | Long service life | Superior performance

## Beautifully Packaged in a Variety of Sizes

Bellinturf DIY turfs are beautifully packaged in a variety of sizes and can be sold directly to customers in shops and supermarket chains. The professional R&D team can customize diversified products according to customers' needs; the creative design team can provide label and packaging design services; the advanced cutting and packaging production line can provide 1m∗4m and 2m∗4m conventional size products in addition to customization services according to different needs.



## One-stop Shopping, Systematic Service

Bellinturf is a system solution provider. For supermarket customers, Bellinturf offers not only high-quality turf products, but also auxiliary products such as joining tape, glues and nails.

Considering the supermarket customer's level of knowledge of the turf industry, a systematic service is offered

---

Document title: DIY Turf | grass works,artificial grass decoration - Bellinturf
Capture URL: https://www.bellinturf.com/diyturf.html
Capture timestamp (UTC): Mon, 26 Jun 2023 04:29:55 GMT

Page 1 of 4



Considering the supermarket customer's level of knowledge of the turf industry, a systematic service is offered to customers in terms of turf-related advice, research and sales improvement techniques.

## Rich Experience to Supply Top Chain Stores



**Experience**

More than 10 years of experience in supplying European and American supermarkets



**Strength of strong and stable supply**

60 million sq meter of theoretical lawn capacity in 2021, with over 2,500 full-time employees



**Increase**

The No.1 highest market gains of artificial turf volume since 2017



**Strictly managed modern factory**

ISO, BSCI, ICS, SEDEX, QSA, etc.



**Comprehensive quality control**

**26** Control processes

**44** Work instructions

**117** Inspections

**15** Quality records



Various Yarn Shapes















## Function Turf

## Pearl

## Softgrass L

## Crown IV

The strong product supplier you can trust! Get Free Quote

BELLINTURF

Website Statement PRIVACY

Follow Us

## Contact

Factory(Vietnam)： Lot 121A,Long Giang IP, Tan Lap1, Tan phuoc, Tien Giang, Vietnam

Mexico factory： Hofusan Industrial Park, Highway to Colombia KM 28, 65500 Salinas Victoria, Nuevo León, México

Factory(China)： No.8 Jilin Rd.Beiguan Industrial Zone,Jiaozhou,Qingdao,China

Marketing Center： No.92 Hongfu Street, Fushan, Yantai, Shandong, China

+86 532 86622211

info@bellinturf.com

鲁公网安备 37028102001462号

## Online Message

Name

E-mail

Telephone No.

Company name

Country

How much quantity do you need

Message

Submit

