# EXHIBIT F

PageVault

| | |
|---|---|
| Document title: | PE Straight Yarns for Sports-Professional Artificial Yarn Manufacturer - CONSAN |
| Capture URL: | http://www.consanyarns.com/qdqinghe12/products/21330626.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:33:14 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:34:00 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | bD9fzXXhFSVUEhAGYwe92m |
| User: | Yvette.Saldana |

PDF REFERENCE #:    q64MWkAhALMeabheQoNf3m



| | | | | |
|---|---|---|---|---|
| Home | About Consan | Yarn Produts | News | Contact us |

# YARN PRODUCTS

Home >> Yarn Produts >> sports yarn >> PE Straight Yarns for Sports



## PE Straight Yarns for Sports

No price

   




### 商品说明

**Material:** PE

**Dtex:** 8000 D/4F, 10200D/6F, 12000 D/6F, 12400D/6F, custom-made available.

**Shape:** Stem shape, Diamond shape, Tri-spine shape, C shape, D shape, S shape.

**Color:** field green, olive green, lime green, blackish green, light green, dark green, yellow green; white, custom-made available.

## Characteristics

1) FIFA standard;

2) Passed FIFA Quality/Pro Labosport Test;

3) Good abrasive resistance;

4) Good rebound resilience

5) Good UV stability(different from 3000h to 5000h for different areas);

6) Good anti-aging ability;

7) Heavy metal free;

8) Strong color fastness;

9) Good movement performance;

10) Matt-finished,

11) Good standing performance

12) Natural;

13) Safe to human and animals;

8) Strong color fastness;
9) Good movement performance;
10) Matt-finished,
11) Good standing performance
12) Natural;
13) Safe to human and animals;
14) Environmental friendly;

## Certificates




## Product classification






Diamond Shape

> Most popular type with classic shape.
> Good wear resistance.

D Shape

> Yarn thickness up to 400µm.
> Good standing-up performance and durability.





Stem Shape

> Classic shape imitating the natural grass.
> Special surface treatment to prevent glare.

Tri-Spine Shape

> The roof shape design with good dimensional stability
> Great standing-up ability and wear resistance.



## Product classification

Diamond Shape

> Most popular type with classic shape.
> Good wear resistance.

D Shape

> Yarn thickness up to 400μm.
> Good standing-up performance and durability.

Stem Shape

> Classic shape imitating the natural grass.
> Special surface treatment to prevent glare.

Tri-Spine Shape

> The roof shape design with good dimensional stability
> Great standing-up ability and wear resistance.

## Application

football, tennis, baseball etc.

相关商品

PE Texturized Yarns for

Fibrillated yarns for sports

