# EXHIBIT G

Page Vault

| | |
|---|---|
| Document title: | PE Straight Yarns for Landscaping-Professional Artificial Yarn Manufacturer - CONSAN |
| Capture URL: | http://www.consanyarns.com/qdqinghe12/products/21328192.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:34:12 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:34:52 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | awXqJafknEvP1NuvNGeUrA |
| User: | Yvette.Saldana |

Consan

Home    About Consan    Yarn Produts    News

Contact us

# YARN PRODUCTS

Home  >>  Yarn Produts  >>  landscape yarn  >>  PE Straight Yarns for Landscaping



  



## PE Straight Yarns for Landscaping

No price



商品说明

**Material:**  PE

**Total Dtex:** 4400~10000, custom-made available.

**Shape:**  Spine shape, Diamond shape, Stem shape, C shape, D shape, V shape, W shape, M shape, S shape, Tri-spine shape, etc.

**Color:** field green, olive green, blackish green, lime green, dark green, light green, yellow green, white, yellow, red, purple, pink, blue, , **custom-made available.**

## Characteristics

1) Good UV stability(different from 2550h to 5000h for different areas);

2) Good anti-aging ability;

3) Heavy metal free;

4) Strong color fastness;

5) Good abrasive resistance;

6) Good rebound resilience;

7) Variety level of  fire Retardant(B degree to E degree);

8) Matched Matt-finished level;

9) Good standing performance;

10) Soft touch;

11)  Natural;

12) Safe to human and animals;

13)  Environmental friendly;

## Product  categories

10) Soft touch;
11) Natural;
12) Safe to human and animals;
13) Environmental friendly;

**Consan**   Home   About Consan   Yarn Produts   News   Contact us

## Product categories




### Diamond Shape

> Great soft hand feeling and natural looking.
> Good wear resistance performance.



### C Shape

> Good standing-up and resilience performance.
> Comparatively soft hand feeling.



### V Shape

> Special dovetail shape design to create low luster and less shine.
> Great standing up performance.



### S Shape

> Wide blade shape with soft hand feeling.
> Good resilience performance.



### D Shape

> Soft hand feeling.
> Good wear resistance performance.



### W Blade Shape

> Special wave blade design.
> Good standing-up and resilience performance.





Document title: PE Straight Yarns for Landscaping-Professional Artificial Yarn Manufacturer - CONSAN
Capture URL: http://www.consanyarns.com/qdqinghe12/products/21328192.html
Capture timestamp (UTC): Mon, 26 Jun 2023 04:34:52 GMT



Home    About Consan    Yarn Produts    News    Contact us

## M Shape

> Good standing-up and resilience performance.
> Multi-fold shape design.

## Application

1) Commercial: playground,kindergarten, municipal gardening,airport pavement.



2) Residential: courtyard,balcony, DIY.



相关商品



PE Straight & PP texturized    PE/PP Texturized Yarns for    Fibrillated yarns for

Technical Support: 烟台红旗网络科技有限公司 | Admin Login

