# EXHIBIT I

PageVault

| | |
|---|---|
| Document title: | artificial grass supplier,high quality artificial grass - Bellinturf |
| Capture URL: | https://www.bellinturf.com/installation_maintenance.html |
| Page loaded at (UTC): | Mon, 26 Jun 2023 04:32:12 GMT |
| Capture timestamp (UTC): | Mon, 26 Jun 2023 04:32:43 GMT |
| Capture tool: | 10.24.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | pk7HhPyhHR1Kz3bYZy4o6e |
| User: | Yvette.Saldana |

PDF REFERENCE #:     uTe1R64jeBTadM49tJ9bJP








info@bellinturf.com

English | Espanol | Việt Nam | 日本語 | русский | Francais | بالعربية

BELLINTURF
Professional Artificial Turf Manufacturer

Home | Company | Products | R&D | Service | References | Collaboration | News | Contact | Get Free Quote

# How to Install and Maintain Artificial Turf?

Learn about the key points of artificial grass installation and maintenance, and how to use the product correctly to create more value.

Current position: Home > Service > Installation Guide

## Turf installation

### Sports field installation

Prepare and test the base ground

Measuring line

Move turf roll to field

Lay out turf roll

Cutting the edge

Glue and joint side of turf

Cutting white line

Inlaying white line

Check the point and line

Infill silica sand

Infill rubber granules

Brush grass

Paving Manual

### DIY

Installation of artificial turf

Share

Document title: artificial grass supplier,high quality artificial grass - Bellinturf
Capture URL: https://www.bellinturf.com/installation_maintenance.html
Capture timestamp (UTC): Mon, 26 Jun 2023 04:32:43 GMT

Cutting white line | Inlaying white line | Check the point and line | Infill silica sand | Infill rubber granules | Brush grass

Paving Manual

# DIY

Bellinturf could offer the full-service for you ! Get Free Quote

BELLINTURF
Website Statement PRIVACY
Follow Us

## Contact

Factory(Vietnam)：Lot 121A,Long Giang IP, Tan Lap1, Tan phuoc, Tien Giang, Vietnam
Mexico factory：Hofusan Industrial Park, Highway to Colombia KM 28, 65500 Salinas Victoria, Nuevo León, México
Factory(China)：No.8 Jilin Rd.Beiguan Industrial Zone,Jiaozhou,Qingdao,China
Marketing Center：No.92 Hongfu Street, Fushan, Yantai, Shandong, China
+86 532 86622211
info@bellinturf.com

鲁公网安备 37028102001462号

## Online Message

Name
E-mail *
Telephone No. *
Company name
Country *
How much quantity do you need
Message *
Submit

